Form 130

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Donald M Turacy Jr.**
  Debtor(s)

Bankruptcy Case No.: 19−23091−GLT

Chapter: 13
Docket No.: 13

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The Clerk notified the Debtor(s)' attorney, or Debtor(s) if not represented by an attorney, that a *Declaration Re: Electronic Filing of Petition* had to be submitted by **August 19, 2019** and failure to meet that deadline would result in the dismissal of the case.

As of **August 21, 2019,** the above deadline has passed and Debtor(s) failed to submit a *Declaration Re: Electronic Filing of Petition* to the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Local Bankruptcy Rule 1017−2, General Court Procedure #9* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: August 21, 2019

Gregory L. Taddonio
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-23091-GLT
Donald M Turacy, Jr.                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil              Page 1 of 1            Date Rcvd: Aug 21, 2019
                            Form ID: 130            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
db          +Donald M Turacy, Jr.,   3323 Hermar Court,   Murrysville, PA 15668-1602
15099318    +Bur Acct Mgm,   3607 Rosemont Ave Ste 50,   Camp Hill, PA 17011-6904
15099324    +Eos Cca,   Po Box 981008,   Boston, MA 02298-1008
15099327    +Profess Acct,   633 W Wisconsin Av,   Milwaukee, WI 53203-1918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: kburkley@bernsteinlaw.com Aug 22 2019 03:02:41     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15099319    +EDI: CAPITALONE.COM Aug 22 2019 07:24:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
15099320    +E-mail/Text: Bk@c2cfsi.com Aug 22 2019 03:02:01     Coast to Coast Financial Solutions,
               Attn: Bankruptcy,   101 Hodencamp Rd Ste 120,   Thousand Oaks, CA 91360-5831
15099322    +EDI: CCS.COM Aug 22 2019 07:23:00      Credit Collections Svc,   Po Box 773,
               Needham, MA 02494-0918
15099323    +EDI: CREDPROT.COM Aug 22 2019 07:23:00      Credit Protection Assoc,   Po Box 802068,
               Dallas, TX 75380-2068
15099326     EDI: PRA.COM Aug 22 2019 07:23:00      Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
               Norfolk, VA 23541
15099325    +EDI: RESURGENT.COM Aug 22 2019 07:24:00      Pinnacle Credit Service,   Attn: Bankruptcy,
               Po Box 640,   Hopkins, MN 55343-0640
15104714     EDI: RESURGENT.COM Aug 22 2019 07:24:00      Pinnacle Credit Services, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
15099328    +E-mail/Text: jennifer.chacon@spservicing.com Aug 22 2019 03:02:48
               Select Portfolio Servicing,   Po Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            U.S. Bank National Association, as Trustee Et Al..
15099321      Compass Savings Bank
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
          Corey J. Sacca    on behalf of Debtor Donald M Turacy, Jr. csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
           bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5