IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Donald M. Turacy, Jr.<br>                Debtor(s) | Bankruptcy No. 19-23091-GLT<br><br>Chapter 13<br><br>Related to Document No. 22, 23 |

## CERTIFICATE OF SERVICE OF
## WAGE ATTACHMENT ORDER AND LOCAL FORM 12 FOR DEBTOR DONALD M. TURACY, JR.

    I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on August 30, 2019.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail, postage pre-paid to:

> Dura-Bond Pipe I
> c/o Payroll Coordinator
> 5790 Kennedy Avenue
> Export, PA 15632.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: August 30, 2019

                                                            /s/ *Corey J. Sacca*
                                                            Corey J. Sacca, Esquire
                                                            20 N. Pennsylvania Ave, Suite 201
                                                            Greensburg, PA  15601-2337
                                                            csacca@bononilaw.com
                                                            (724) 832-2499
                                                            PA ID# 306741