FILED
8/28/19 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Case No. 19-23091-GLT |
| ) | |
| Donald M. Turacy, Jr. ) | Chapter 13 |
|    Debtor ) | Related to Dkt. No. 19 |
| _____) | |
| ) | |
| Donald M. Turacy, Jr. ) | |
|    Movant ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondents ) | |

### MODIFIED ORDER

AND NOW, this  28th  day of  August,  2019, upon consideration of Debtor's Motion to Reconsider Order Dismissing Case Dated August 21, 2019 it is hereby

ORDERED, ADJUDGED, and DECREED as follows:

1. The August 21, 2019 Order dismissing the above captioned case is vacated;

2. The Declaration RE: Electronic Filing of Petition, Schedules & Statements (Local Form 1A), filed on August 26, 2019 is accepted; and

3. Debtor shall refile his Motion to Attach Wages on or before **September 3, 2019**.

    Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, U.S. Trustee and parties listed on the Clerk's mailing matrix.  Movant shall file a certificate of service within 3 days hereof.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cgt

Case Administrator to serve:  Corey J. Sacca, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-23091-GLT
Donald M Turacy, Jr.                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil              Page 1 of 1             Date Rcvd: Aug 28, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.
db              +Donald M Turacy, Jr.,    3323 Hermar Court,    Murrysville, PA 15668-1602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:
              Corey J. Sacca    on behalf of Debtor Donald M Turacy, Jr. csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5