**FILING FEE PAID*** ☒ Yes ___ No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Turacy, Jr.** JAD/TPA/CMB/**GLT**

Case Number: **19-23091**

Date of Meeting: **10/28/19**   Recording # **13**

Debtor(s) present **✓** or Not Present ___ ( ___ No Payments Made or ___ partial payments)

Attorney for debtor(s): **Sacca** (Present **✓** or Not Present ___ )

Date of Plan at § 341: **8/21/19**   Applicable commitment period **✓** 3 yrs ___ 5 yrs

**FILED 2019 NOV -1 P 2:37 U.S. BANKRUPTCY COURT PITTSBURGH**

2018 Return not filed

Con't for 2018 Return

___ ✓ Meeting HELD and CONCLUDED
___ ✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
   ___ Order to Show Cause Requested
   ___ To be rescheduled by Clerk

___ ✓ Confirmation Order recommended ___ Final ___ ✓ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ ✓ Continued to:
   ___ ✓ 341 Meeting    OR ___ ✓ Conciliation Conf. OR ___ *Contested Hearing
On **2/6/20** at **2:00** am/**pm** Location _____

_____
Chapter 13 Trustee/Att...