# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
7/2/20 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

- **Debtor:** DONALD M TURACY
- **Case Number:** 19-23091-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 25, 2020 02:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#11 - Final Confirmation of Plan Dated 8/21/2019 (NFC)
R / M #: 11 / 0

## Appearances:

Debtor: Corey Sacca
Trustee: (Winnecour) / Pail / Katz / DeSimone
Creditor:

## Proceedings:

Outcome: Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 8-27-20 at 10:00 A.M.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/17/2020   11:15:26AM