FILED
11/13/20 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Donald M. Turacy Jr.<br><br>                      Debtor(s) | BK. NO. 19-23091 GLT |
| U.S. Bank National Association, as trustee for the holders of the Home Equity Pass-Through Certificates, Series 2003-2<br><br>                      Movant<br>        v.<br>Donald M. Turacy Jr.<br><br>                      Respondent<br>       and<br>Ronda J. Winnecour<br><br>                      Additional Respondent | CHAPTER 13<br><br>Related to Dkt. No. 58<br>Hearing: November 18, 2020 at 10:00 a.m. |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

      This 13th day of November 2020, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

      **ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 3323 Hermar Court, Murrysville, PA 15668.

      Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

                                                       GREGORY L. TADDONIO   jah
                                                       United States Bankruptcy Judge

Case Administrator to serve:
Brian Nicholas, Esq.