**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DONALD M TURACY, JR. <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br>       Movant <br>     vs. <br> No Respondents. | Case No.:19-23091 GLT <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/04/2019 and confirmed on 11/04/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,145.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,145.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,700.00 | |
|   Trustee Fee | 627.08 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,327.08 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE <br>   Acct: 9935 | 8,424.50 | 8,424.50 | 0.00 | 8,424.50 |
| US BANK NA - TRUSTEE <br>   Acct: 9935 | 2,116.58 | 2,116.58 | 0.00 | 2,116.58 |
| COMPASS SAVINGS BANK <br>   Acct: 0063 | 6,076.03 | 994.60 | 282.24 | 1,276.84 |
| | | | | 11,817.92 |
| **Priority** | | | | |
| COREY J SACCA ESQ <br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DONALD M TURACY, JR. <br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BONONI & COMPANY <br>   Acct: | 1,700.00 | 1,700.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* <br>   Acct: 0890 | 0.00 | 0.00 | 0.00 | 0.00 |

                               \* \* \* N O N E \* \* \*

| 19-23091 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   BUREAU ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5273 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0766 | | | | |
|   COAST TO COAST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5678 | | | | |
|   CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2496 | | | | |
|   CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1953 | | | | |
|   EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0225 | | | | |
|   PINNACLE CREDIT SERVICES LLC | 80.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4511 | | | | |
|   PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1952 | | | | |
|   BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LVNV FUNDING LLC | 740.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 8282 | | | | |
|   S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

* * * N O N E * * *

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 11,817.92 |

TOTAL CLAIMED
PRIORITY               0.00
SECURED           16,617.11
UNSECURED            820.39

Date: 04/08/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com